JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

RANDALL J. CLEMENT, Cal. Bar No. 193443
YANNA J. LI, Cal. Bar No. 258330
CLEMENT AND HO, A Professional Law Corporation
201 W. Whiting Avenue
Fullerton, California 92832
Telephone: (714) 882-5794
Facsimile: (714) 882-5795

Attorneys for Plaintiffs OAKLEY, INC. and
OAKLEY SALES CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| OAKLEY, INC., a Washington corporation; and OAKLEY SALES CORP., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN PARKER, individually and d/b/a KINGDOM59.COM; FLATSTICK COMMERCE LLC, a California limited liability company; PAUL TAN, individually and d/b/a PENINSULA GOLF SHOP; and DOES 1-20 inclusive,<br><br>Defendants. | Case No. SACV14-00119 GAF (RNBx)<br><br>The Honorable Gary A. Feess, Presiding<br><br>ORDER ON<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and in consideration of the parties in the above-captioned matter having entered into settlement agreements, Plaintiffs Oakley, Inc. and Oakley Sales Corp. hereby dismiss this action with prejudice in its entirety as to all claims

-1-
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

1 and all defendants. Following the filing and service of Plaintiff's Complaint in this
2 action, no Defendant has filed an answer or a motion for summary judgment
3 responding to the Complaint, such that this matter may be dismissed through the
4 filing of this Notice. Each party is to bear their own attorneys' fees and costs.

Respectfully submitted,

Dated: May 21, 2014

CLEMENT AND HO,
A PROFESSIONAL LAW CORPORATION

By _____
RANDALL J. CLEMENT
Attorneys for Plaintiffs

JS-6

IT IS SO ORDERED
Dated 5/23/14

_____
United States District Judge

-2-
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)